

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00080-CV

| | | |
|---|---|---|
| RICHARD A. MYERS, Appellant | § | On Appeal from the 96th District Court |
| V. | § | of Tarrant County (096-259032-12) |
| | § | April 2, 2020 |
| BRANCH BANKING & TRUST COMPANY, Appellee | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Richard A. Myers shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
       Justice Dabney Bassel